Dominick Fragomeni, an Infant, by Nicola Fragomeni, His Guardian ad Litem, Appellant, v. Edwin E. Becker, Respondent.— Judgment reversed and new trial granted, with costs to the appellant to abide the event, on the ground that the defendant by his answer admitted that the automobile was in the custody, control and management of his servant and agent. All concur.

James P. Fitzgerald, Respondent, v. Herman Shulof, Appellant, Impleaded with Ellery A. Benham and Another, Respondents.— Judgment unanimously affirmed, with costs.

Before State Industrial Board, Respondent. Leonard Foti, Respondent, v. Gotham Can Company and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that no legal evidence tending to prove an accidental injury to the left eye, permanently affecting its use, was given. All concur.

Before State Industrial Board, Respondent. Mary Goldrick, Respondent, v. Geo. H. Storm & Co. and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

John H. Gately, Appellant, v. DeGrasse Paper Company, Respondent.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, on the ground that the trial judge in part predicated his direction of a verdict upon a finding of fact necessarily comprehended in a general verdict of the jury already found, which verdict the trial judge had set aside. All concur.

Michael Gatto, Appellant, v. American Express Company, Respondent.— Motion denied, with ten dollars costs.

Before State Industrial Board, Respondent. Mary George, Respondent, v. West Virginia Pulp and Paper Company, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Katie Goodman, Appellant, v. Robie F. Osborn, Respondent.— Judgment unanimously affirmed, with costs.

Before State Industrial Board, Respondent. Bessie Haberman, Respondent, v. Fisher Brothers Scrap Iron and Metal Company, Inc., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. Minnie Houseman, Respondent, v. 871 Seventh Avenue Hotel Corporation and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the injury to the left foot was not an injury described in section 2, subdivision 7, of the Workmen's Compensation Law, and cannot, therefore, be made the basis of an award. All concur.

The Hudson River .Connecting Railroad Corporation, Respondent, v. Charles L. Gardenier, Individually and as Executor, etc., of Ransen Gardenier, Deceased, and Others, Defendants, Impleaded with Rose E. Herrick, Appellant.— Order unanimously affirmed, with costs.

J. John Hassett, Appellant, v. J. Arnot Rathbone and Another, as Administrators with the Will Annexed of Harriet Arnot Rathbone, Deceased, and Another, Respondents.— Final judgment unanimously affirmed, with costs against the appellant. McCann, J., not sitting.